IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONDE G.,

        Plaintiff,                    No. CIV S-07-0912 FCD KJM P

      vs.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

                           /

        By an order filed May 18, 2007, plaintiff's application to proceed in forma pauperis was dismissed and plaintiff was ordered to file a completed application to proceed in forma pauperis and was cautioned that failure to do so would result in a recommendation that this action be dismissed. Plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).

3 DATED: July 26, 2007.

4 _____
U.S. MAGISTRATE JUDGE

6 /g0912.fifp

2